**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Case No.:  8:18-cv-00032-VMC-AAS**

STANLEY ARNOLD
an individual

    Plaintiff,

v.

ARS NATIONAL SERVICES INC.,
a foreign for-profit corporation,
CAVALRY PORTFOLIO SERVICES, LLC
a foreign limited liability company,
FIRSTSOURCE ADVANTAGE, LLC
a foreign limited liability company
MIDLAND CREDIT MANAGEMENT INC.,
 a foreign for-profit corporation,
VAN RU CREDIT CORPORATION,
a foreign for-profit corporation, and
TRANS UNION, LLC
a foreign limited liability company

    Defendants.
_____/

**DEFENDANT'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW, Defendant CAVALRY PORTFOLIO SERVICES LLC ("Defendant" or CPS) by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1 and hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Stanley Arnold, Plaintiff

    CAVALRY PORTFOLIO SERVICES, LLC

Sangeeta Spengler Esq., Counsel for Cavalry Portfolio Services, LLC
Golden, Scaz Gagain PLLC
201 North Armenia Avenue
Tampa, FL 33609

GOLDEN, SCAZ, GAGAIN, PLLC,
201 North Armenia Avenue
Tampa FL 33609

Sean McEleny Esq. Counsel for Plaintiff
LEAVENLAW
3900 First Street North, Suite #100
St. Petersburg, FL 33703

LEAVENLAW
3900 First Street North, Suite #100
St. Petersburg, FL 33703

ARS NATIONAL SERVICES INC.

FIRSTSOURCE ADVANTAGE, LLC

MIDLAND CREDIT MANAGEMENT INC.

VAN RU CREDIT CORPORATION

TRANS UNION, LLC

Cavalry Investments is the parent company of CAVALRY PORTFOLIO SERVICES LLC.  The company is privately held.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    *None.*

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors):

    *None.*

4. The name of each individual victim (individual or corporate), including every person who may be entitled to restitution:

Stanley Arnold

5. Check one of the following:

__X__ a) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict, or

_____ b) I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

_n/a_____
_____
_____

Respectfully submitted by:

_/s/ Sangeeta Spengler_____
SANGEETA SPENGLER, ESQ.
Florida Bar No.: 0186864
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
spspengler@gsgfirm.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ Sangeeta Spengler_____
Sangeeta Spengler, ESQ.
Florida Bar No.: 0186864